# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GILBERT LANDALE EMANGER, ) <br> AIS # 316512, ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOSEPH H. HEADLEY, ) <br> *Warden III, et al.* ) <br> Respondents. ) | CIVIL ACTION NO. 1:21-00517-JB-N |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 3) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated December 6, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Gilbert Landale Emanger's petition (Doc. 1) be **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this the 5th day of January, 2022.

/s/JEFFREY U. BEAVERSTOCK  
CHIEF UNITED STATES DISTRICT JUDGE